UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE MANITOWOC COMPANY, INC.,

          Plaintiff,

v.                            CASE NO.:

CHRISTOPHER BRISCH,

          Defendant.
_____/

## TEMPORARY RESTRAINING ORDER

This cause is before the Court upon Plaintiff's Motion for Temporary Restraining Order and Entry of Preliminary Injunction Thereafter, and Supporting Memorandum of Law filed by Plaintiff, The Manitowoc Company, Inc. ("Manitowoc" or "the Company"), pursuant to Federal Rules of Civil Procedure 65(a) and (b). Based upon that Motion, and Manitowoc's Verified Complaint for Monetary and Injunctive Relief and all attachments thereto, the Court finds that a temporary restraining order should issue in order to prevent ongoing and further damage to Manitowoc.

This Court finds that a temporary restraining order is warranted based on the following: (1) there is a substantial likelihood that Manitowoc will prevail on the merits in this action; (2) without a temporary restraining order, Manitowoc will suffer irreparable harm; (3) the threatened injury to Manitowoc outweighs any potential damage the temporary restraining order may cause Defendant, Christopher Brisch ( "Defendant" or "Brisch"); and (4) this temporary restraining order will not be adverse to the public interest. Accordingly,

the Court hereby **GRANTS** Plaintiff's Motion for Temporary Restraining Order on the following terms:

1. Defendant Brisch is hereby enjoined from directly or indirectly violating the provisions of his Non-Disclosure/Confidentiality Agreement that is attached to the Verified Complaint as Exhibit A.

2. Defendant Brisch is hereby enjoined from directly or indirectly using or disclosing any confidential or other proprietary information of Manitowoc (as defined in the Non-Disclosure/Confidentiality Agreement).

3. Defendant Brisch is hereby enjoined from misappropriating any trade secrets of Manitowoc.

4. Defendant Brisch is hereby ordered to return any property belonging to Manitowoc, including confidential or proprietary information and/or trade secrets of Manitowoc within five (5) days of this Order.

5. Plaintiff is instructed to serve a copy of this Order upon Defendant immediately. This Temporary Restraining Order will remain effective for a period of fourteen (14) days, or until _____, 2015, unless extended or sooner dissolved. The Court will convene a hearing on Plaintiff's request for injunctive relief on _____, 2015, at ____:____ a.m./p.m.

6. Manitowoc shall post a bond in the amount of $_____ within five (5) days of this Order.

Date and Time: _____

**IT IS SO ORDERED.**

_____
Judge _____
United States District Court Judge